UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID W. FOLEY,

    Plaintiff,

v.                             CASE NO: 8:10-cv-2085-T-26EAJ

DEPUTY MARSHALL DEBERRY,
DEPUTY MARK HAINES,
DEPUTY ERICA POOLE, and
DEPUTY JENNIFER ROBERGE,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the *pro se* Plaintiff's Motion to Receive a Copy of Deposition (Dkt. 43) is granted in the interest of fairness, especially if Defendants intend to utilize Plaintiff's deposition in a motion for summary judgment. Defendants shall furnish a copy of Plaintiff's deposition to Plaintiff within ten (10) days of this order. However, the Motion to Compel Responses to Written Interrogatories (Dkt. 42) is denied because it was filed after the close of discovery.

**DONE AND ORDERED** at Tampa, Florida, on June 30, 2011.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*